FILED
CLERK, U.S. DISTRICT COURT
JUL 25 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>AHMET SEÇKİN ÖNOĞLU,<br><br>A Fugitive from the Government of the Republic of Türkiye. | No. 2:25-MJ-02744<br><br><u>ORDER GRANTING REQUEST FOR DETENTION</u> |

Upon consideration of the request of the United States for the detention of fugitive AHMET SEÇKİN ÖNOĞLU ("ÖNOĞLU"), pending extradition proceedings, and good cause therefor appearing,

IT IS HEREBY ORDERED that said request is GRANTED, the Court making the following findings of fact and conclusions of law:

1. In foreign extradition matters there is a presumption against bail and only "special circumstances" will justify release on bail. See United States v. Salerno, 878 F.2d 317, 317 (9th Cir. 1989); see also In re Extradition of Smyth, 976 F.2d 1535, 1535-36 (9th Cir. 1992); Kamrin v. United States, 725 F.2d 1225, 1228 (9th Cir. 1984). The burden of showing special circumstances exist rests upon the fugitive. See, e.g., Salerno, 878 F.2d at 317-18. Here, the Court finds that no such "special circumstances" exist.

2. The government alternatively requests detention on the grounds that ÖNOĞLU presents an unacceptable risk of (a) flight and/or (b) danger to the community, even if the Court were to find that special circumstances are present.

The Court hereby finds no combination of conditions that will reasonably assure:

    a. (✓) the appearance of fugitive as required; and/or

    b. (✓) the safety of any person or the community

Offense allegations; lack of current legal status in U.S. + foreign ties; Flight from Turkey over ordered to serve prison sentence

IT IS SO ORDERED.

7/25/2025
DATE

HONORABLE JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE